IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHELLIE SMITLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-164 |
| THE TRUE CITIZEN, INC., ROY F. CHALKER JR., and MARTHA CHALKER, | * | |
| Defendants. | * | |

**O R D E R**

On November 12, 2025, the Parties notified the Court they are in the process of preparing a revised joint motion for approval of settlement agreement. (Doc. 32.) On October 29, 2025, the Court directed the Parties to file a revised motion for approval of settlement agreement. (Doc. 30.) The Parties now request the Court permit an additional 14 days, through and including November 26, 2025, to submit their revised motion for approval of settlement agreement. (Doc. 32, at 2.)

Based on the foregoing, **IT IS HEREBY ORDERED** that the Parties **SHALL FILE** a motion within **FOURTEEN (14) DAYS** of the date of this Order. In the event settlement is not finalized by that date, the Parties shall file a status report with the Court updating it on the progress and forthcoming settlement agreement of the case.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of November, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA